Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRUMAN TAYLOR,<br><br>  Defendant. | No. 6:17-MJ-0036-MJS<br><br>STIPULATION TO CONTINUE INTIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Truman Taylor, that the initial appearance in the above-captioned matter set for June 6, 2017 be continued to July 25, 2017 at 10:00 a.m. The Defendant has requested additional time to make arrangements to travel to Yosemite from Oregon.

Dated: June 5, 2017        /S/ Susan St. Vincent_____
                           Susan St. Vincent
                           Legal Officer
                           Yosemite National Park

Dated: June 5, 2017         /S/ Truman Taylor_____
                           Truman Taylor
                           Defendant

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 6, 2017, Initial Appearance in *U.S. v. Taylor*, *6:17-MJ-0036-MJS*, is hereby continued to July 25, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 5, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE