HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TRUMAN TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00036-JDP |
| Plaintiff, | **MOTION TO VACATE JUNE 19, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| TRUMAN TAYLOR, | |
| Defendant. | |

Defendant Truman Taylor hereby requests that the Court vacate the June 19, 2018 review hearing. The Government is in agreement with the request.

On July 25, 2017, pursuant to a deferred entry of judgment, the Court sentenced Mr. Taylor to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Taylor to pay a $1000.00 fine.

Mr. Taylor has paid his fine in full and has had no new violations of law. Accordingly, the parties request that the Court vacate the June 19, 2018 review hearing.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TRUMAN TAYLOR

## **O R D E R**

Pursuant to the parties' request, the court vacates the June 19, 2018 review hearing for Case No. 6:17-mj-00039-JDP.

IT IS SO ORDERED.

Dated: June 13, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE

Taylor - Motion to Vacate

2