1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TRUMAN TAYLOR
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:17-mj-00036
12 | Plaintiff, | **MOTION TO DISMISS; ORDER**
13 | vs. |
14 | TRUMAN TAYLOR, |
15 | Defendant. |

17     Defendant Truman Taylor hereby files this motion to dismiss pursuant to 18 U.S.C.

18 § 3607(a). The Government does not oppose this request.

19     On July 25, 2017, Mr. Taylor pleaded guilty to possession of a controlled substance in

20 violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted

21 Mr. Taylor a deferred entry of judgment under 18 U.S.C. § 3607(a). On June 14, 2018, the Court

22 vacated Mr. Taylor's review hearing because he had fully complied with the terms of his probation.

23 Mr. Taylor's probation expired on July 25, 2018.

24     Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25 not violated a condition of his probation, the court shall, without entering a judgment of conviction,

26 dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. §

27 3607(a). Here, Mr. Taylor's term of probation has expired, and he did not violate any condition

28 of his probation. Accordingly, Mr. Taylor requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: November 7, 2018                */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TRUMAN TAYLOR

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Taylor in *United States v. Taylor*, Case No. 6:17-mj-00036.

IT IS SO ORDERED.

Dated:   November 20, 2018                                     /s/ Jeremy Peterson
                                                                   UNITED STATES MAGISTRATE JUDGE